IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA FRESQUEZ**,

      Plaintiff,

vs.                                                                                   No. 1:21-cv-00043-KWR-GBW

**NEIL WHITE and UNITED AIRLINES, INC.**,

      Defendants.

**STIPULATED ORDER EXTENDING DEFENDANT NEIL WHITE'S RESPONSE TO DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ON DEFENDANTS' MOTION AND AMENDED MOTION FOR SUMMARY JUDGMENT**

      **THIS MATTER** having come before the Court on Defendant Neil White's Unopposed Motion For Extension of Defendant Neil White's Response to Defendant United Airlines, Inc.'s Motion for Reconsideration of the Court's Order on Defendants' Motion and Amended Motion for Summary Judgment (Doc. 53) and the Court, having reviewed the Motion and noted the concurrence of counsel, **FINDS GOOD CAUSE** to **GRANT** the Motion and **EXTEND** Defendant Neil White's deadline to Respond to Defendant United Airlines, Inc. Motion for Reconsideration to February 22, 2022.

      **IT IS THEREFORE ORDERED** Defendant Neil White shall file his Response to Defendant United Airlines, Inc.'s Motion for Reconsideration by February 22, 2022. This Order does not change any remaining portions of the *Order Setting Pretrial Deadlines and Briefing Schedule* [Doc. 15].

      IT IS SO ORDERED.

                                                **KEA W. RIGGS**
                                                **UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

*/s/ Nicholas W. Chiado*
Michael P. Clemens
Nicholas W. Chiado
BUTT THORNTON & BAEHR PC
*Attorneys for Defendant*
*Neil White*
P.O. Box 3170
Albuquerque, NM  87190-3170
(505) 884-0777
mpclemens@btblaw.com
nwchiado@btblaw.com


APPROVED VIA EMAIL ON 02/18/22 by:

Paul T. Yarbrough, Esq.
Brian R. Mannal, Esq
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO  80202
yarbroughp@hallevans.com
mannalb@hallevans.com
*Attorneys for Defendant*
*United Airlines, Inc.*


APPROVED VIA EMAIL ON 02/18/22 by:

David B. Joeckel, Jr., Esq.
THE JOECKEL LAW OFFICE
219 S. Main Street, Suite 301
Fort Worth, Texas  76104
(817) 924-8600
(817) 924-8603–Facsimile
dbj@joeckellaw.com
*Attorneys for Plaintiff*