IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA FRESQUEZ,

      Plaintiffs,

vs.                                                                                     No. 1:21-cv-00043-KWR-GBW

NEIL WHITE,

      Defendant.

## SCHEDULING ORDER

**THIS MATTER** came before the Court on **August 4, 2022,** for a Zoom Scheduling Conference. The Court having heard the arguments of counsel and having found that this matter is ready to proceed to trial,

**IT IS HEREBY ORDERED THAT**:

    1.    A Zoom Pre-Trial Conference will be held on **Monday, May 15, 2023, at 10:00 a.m.** before the Honorable Kea W. Riggs. The Court will provide counsel of record instructions in a separate e-mail for accessing the Zoom session.

    2.    A Zoom Second and Final Pre-Trial Conference on **Monday June 12, 2023, at 10:00 a.m.** before the Honorable Kea W. Riggs. The Court will provide counsel of record instructions in a separate e-mail for accessing the Zoom session.

    3.    Jury trial is set to begin **Monday, June 26, 2023, at 9:00 a.m.** before the Honorable Kea W. Riggs. with five (5) days reserved for trial pursuant to the agreement of counsel. Trial shall take place at the United States District Court, Pete V. Domenici Courthouse, Bonito Courtroom (5th Floor), 333 Lomas Boulevard NW, Albuquerque, New Mexico.

    4.    Any Motions in Limine shall be filed **thirty (30) days before trial.**

    5.    Responses to any Motions in Limine shall be filed no later than **one (1) week after the Motion in Limine filing deadline.**

    6.    The Trial Brief/Memoranda of Law shall be due **one (1) week before trial.**

7. Proposed Findings of Fact and Conclusions of Law shall be due **thirty (30) days after** any requested transcript is filed post-trial.

8. Exhibit and Witness Lists shall be due **three (3) weeks before trial.**

9. Objections to Exhibit and Witness Lists shall be due **two (2) weeks before trial.**

10. Counsel for Plaintiff and Defendant shall collaborate and provide the Court with a proposed schedule of the trial which includes identification of witnesses to be called at trial, date(s) of testimony and expected length of testimony. The finalized proposed schedule shall be due **two (2) weeks before trial**.

11. Each party shall be responsible for providing two (2) identical hard-copy exhibit binders to the Court with all exhibits that will be presented at trial. Pages shall be printed double-sided with the appropriate labelling and page numbering. Exhibit binders shall be due **two (2) weeks before trial.**

12. Each party shall consult the attached *Preparation for Civil Trial Guide* for any other applicable pre-trial deadlines.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**